IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD KIRTZ,** | **:** CIVIL ACTION |
| Plaintiff, | **:** |
| v. | **:** NO. 20-5231 |
| **TRANS UNION, LLC, <u>et al.</u>** | **:** |
| Defendants. | **:** |

**ORDER**

**AND NOW**, this 4th day of May, 2021, upon consideration of Defendant U.S. Department of Agriculture's Motion to Dismiss (Doc. No. 21) and Plaintiff's Response (Doc. No. 26), it is hereby **ORDERED** that the Motion is **GRANTED** and that all claims against Defendant Department of Agriculture are **DISMISSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**