IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD KIRTZ | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No.: 20-5231 |
| TRANS UNION, LLC, et al. | : | |
| Defendants | : | |

# ORDER

AND NOW, this 28th day of May, 2021, upon consideration of Plaintiff's Motion to Certify this Court's Order granting United States Department of Agriculture Rural Development Housing Service's Motion to Dismiss (Doc. No. 33), and there being no opposition, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**, and the Order is **CERTIFIED** for immediate interlocutory appeal, pursuant to 28 U.S.C.A. § 1292(b), on the following question:

> Whether the United States Department of Agriculture Rural Development Housing Service is immune from civil prosecution under the Fair Credit Reporting Act.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**